# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION NO. 17-208-6** |
| | : | |
| **REGINALD WHITE** | : | |

## ORDER

This 3rd day of April, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion pursuant to § 2255, ECF 526, is **DENIED**.

There is no basis for the issuance of a certificate of appealability.

                                                          /s/ Gerald Austin McHugh
                                                         United States District Judge