**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL ACTION NO. 17-208-6** |
| | : | |
| **REGINALD WHITE** | : | |

**ORDER**

This 9th day of April, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion pursuant to 18:3582(c)(1)(A)(i), ECF 548, is **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge